**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George L. Mortensen and Erna H. Mortensen, husband and wife,<br><br>            Plaintiffs,<br><br>vs.<br><br>Home Loan Center, Inc., ("HLC"), a California corporation, dba Lending Tree Loans; RLI Insurance Company, an Illinois corporation; Kenneth J. Block, designated broker for HLC; Anthony Gutierrez, Senior Mortgage Banker with HLC,<br><br>            Defendants. | No. CV-08-01669-PHX-LOA<br><br>**ORDER** |

On the Court's own motion,

**IT IS ORDERED** that Defendants' Motion to Dismiss is **STRICKEN** without prejudice for Defendants' failure to comply with this Court's September 12, 2008 Order to "use proper capitalization in all future captions as mandated by LRCiv 7.1(a)(3)[]" and for failure to comply with this District's Local Rules.

DATED this 18th day of September, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge